1

2

3

4

5

6 **UNITED STATES DISTRICT COURT**

7 **CENTRAL DISTRICT OF CALIFORNIA**

8

9 | EDWARD BRIAN SPALDING, | Case No. 2:17-cv-04623-SK

10 | Plaintiff, | **JUDGMENT**

11 | v.

12 | NANCY A. BERRYHILL,
13 | Commissioner of Social Security,

14 | Defendant.

15

16

17     It is the judgment of this Court that the decision of the Administrative

18 Law Judge is AFFIRMED.  Judgment is hereby entered in favor of

19 Defendant.

20

21 Date: April 8, 2019     _____

22                          HON. STEVE KIM
                            U.S. MAGISTRATE JUDGE
23

24

25

26

27

28